**Appeals Dismissed and Memorandum Opinion filed February 21, 2019.**



In The

# Fourteenth Court of Appeals

---

NO. 14-19-00089-CR
NO. 14-19-00090-CR

---

**KEVIN PEOPLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1510486 and 1544474**

---

## M E M O R A N D U M   O P I N I O N

Appellant Kevin Peoples was indicted for possession with intent to deliver a controlled substance and aggravated assault with a deadly weapon. The trial court dismissed each case on the State's motion. Appellant filed notices of appeal from the dismissals.

Generally, appeals in criminal cases may only be taken from final judgments of convictions. *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961);

*McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). No exception to the general rule allows an appeal from an order dismissing the case.

Accordingly, we dismiss the appeals for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b)